# Court of Appeals
# of the State of Georgia

ATLANTA,  March 30, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0040.  DANIELLE ROLLINS v. GLEN ROLLINS.**

Chris A. Corbett, counsel for Danielle Rollins, has filed a request for an extension of time to file a discretionary application until April 30, 2018.  Said request is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/30/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*